473 A.2d 693

Commonwealth v. Kroepil, Appellant.

Petition for Allowance of Appeal
Denied July 16, 1984.

Argued October 27, 1982. Lawrence Ray Dworkin, for appellant; Dennis Craig McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and HESTER, JJ.

Judgment of sentence affirmed.